UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 26  P 4: 28

US DISTRICT COURT
HARTFORD CT

- - - - - - - - - - - - - - - x
:
DESMOND ANTHONY ARTHURS    :
:
v.    : Civil No. 3:02CV1484(AWT)
:
WARDEN HASTING-ZENK    :
:
- - - - - - - - - - - - - - - x

## ORDER DENYING AMENDED APPLICATION FOR A WRIT OF HABEAS CORPUS

Petitioner Desmond Anthony Arthurs, proceeding pro se, has filed an amended application for a writ of habeas corpus, in which he seeks to obtain pretrial credit against his federal sentence for time served in state court during the pendency of his federal charges. The issue raised by the petitioner in his amended application is the identical issue litigated in his Motion to Amend Sentence filed in Desmond Anthony Arthurs v. United States of America, Criminal No. 3:97CR112(AWT)/Civil No. 3:00CV2139(AWT). His Motion to Amend Sentence was denied in a Ruling on Motion to Amend Sentence, dated February 8, 2002. (See Exhibit A hereto.) The petitioner is precluded from raising this issue again based on principles of collateral estoppel, because the issue he seeks to raise here was fully and thoroughly litigated in his prior case. Collateral estoppel applies when (1) the identical issue was raised in a previous proceeding; (2) the issue was actually litigated and decided in a previous proceeding; (3) the party had a full and fair opportunity to

litigate the issue; and (4) the resolution of the issue was necessary to support a valid and final judgment on the merits. Marval Characters, Inc. v. Simon, 310 F.3d 280, 282-89 (2d Cir. 2002). All of those conditions are satisfied here.

For the benefit of the pro se petitioner, it should be noted that the court explained in the Ruling on Motion to Amend Sentence that the petitioner could pursue an appeal within the Bureau of Prisons' administrative system. However, the court also explained that if the petitioner was unsuccessful with his appeal within the Bureau of Prisons' administrative system, this court would not have the authority to retroactively modify his federal sentence in the manner the petitioner requests. See Ruling on Motion to Amend Sentence, at 4-6.

Accordingly, the Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 By a Person in Federal Custody (Doc. #7) is hereby DENIED.

The Clerk shall close this case.

It is so ordered.

Dated this 26ᵗʰ day of November 2003, in Hartford, Connecticut.

                                    _____
                                    Alvin W. Thompson
                                    United States District Judge